UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**VALERIE MESCIA-DONNELLY,**

    **Plaintiff,**

v.                                     Case No. 3:22cv16589-TKW-HTC

**JAMES D. CAMP, JR., et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be transferred to the Middle District of Florida.  Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The Clerk shall **TRANSFER** this case to the United States District Court for the Middle District of Florida.

    3.    The Clerk shall terminate all pending motions and close the case file.

**DONE and ORDERED** this 26th day of September, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**